# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Alex Peterson,<br><br>             Plaintiff,<br><br>v.<br><br>Weinerman & Associates, LLC.<br><br>             Defendant. | Civil No. 10-530 (RHK/FLN)<br><br>**ORDER** |

The above-referenced matter came before the Honorable Richard H. Kyle upon Plaintiff's Motion for Entry of Default and Default Judgment pursuant to Fed. R. Civ. P. 55.

The Court having heard the arguments of counsel, being fully advised in the premises and upon all the files, records and proceedings herein, **IT IS HEREBY ORDERED,** that Plaintiff's Motion for Entry of Default and Default Judgment (Doc. No. 3) is hereby **GRANTED**. Plaintiff is awarded $1,000 in statutory damages, $25,000 in actual damages, and $5,010.11 in attorneys' fees and costs.

      **LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated:  August 9, 2010

                                          s/Richard H. Kyle         
                                          RICHARD H. KYLE
                                          United States District Judge