# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

Alex Peterson,

          Plaintiff,

                                  Civ. No. 10-530 (RHK/FLN)

v.                                        **ORDER**

Weinerman & Associates, LLC,

          Defendant.

---

Defendant having filed a Motion to Vacate Judgment (Doc. No. 12) in this action,

**IT IS ORDERED** as follows:

1. Plaintiff shall serve and file a response to the Motion on or before December 23, 2010; and

2. Defendant shall serve and file a reply in support of the Motion, if any, on or before January 4, 2011.

If the Court desires a hearing on the Motion, it will so notify the parties by further Order.

Date: December 10, 2010

                                              s/Richard H. Kyle
                                              RICHARD H. KYLE
                                              United States District Judge