## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| Alex Peterson, | Civil No. 10-530 (RHK-FLN) |
| Plaintiff, | **ORDER FOR JUDGMENT OF DISMISSAL** |
| v. | |
| Weinerman & Associates, LLC, | |
| Defendant. | |

Pursuant to the parties' Stipulation for Dismissal with Prejudice (Doc. No. 36), **IT IS ORDERED** that this action is **DISMISSED WITH PREJUDICE** on its merits and without costs, disbursements or attorney's fees to any party.

**LET JUDGMENT BE ENTERED ACCORDINGLY**.

Dated:  August 24, 2011

                                                        s/Richard H. Kyle
                                                        RICHARD H. KYLE
                                                        United States District Judge